77,739-01,02

# TABLE OF CONTENTS

Cover letter ............................................. 1.

Summary Sheet ..................................... 2.

Petition For Supplement of
Original Application For Writ of
Habeas Corpus to Vacate Judgement
of Guilt Nunc Pro tunc For Double
Jeoarpary ................................. 3.

Statement of Fact ................... 3. oF 3.

Argument ................................ 4. 5. 6.

Conclusion .................................... 6

Prayer ........................... 6 oF 6.

Unsworn Declaration ................. 7.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 13 2015

Abel Acosta, Clerk

COVER LETTER                                           1-8-15

To: The Honorable Clerk of Court of Criminal Appeals:

I ask with All Due Respect, For Status of my
Original 11.07 Writ of Habeas Corpus to Vacate
Judgement of Guilt Nunc Pro tunc For Double
Jeopardy. That was Filed in Dallas Texas/County
in 2011 without Being in Accordance with Article 11.07
Sec.3(c) As Returnable to the Honorable Court of Criminal
Appeals... However I Filed a Writ of Mandamus For
Investigation to my 11.07 Sept 4, 2014 That was
Denied 12/10/14.... However I would like to Know
if the Honorable Court of Criminal Appeals is
Reviewing my Original 11.07 Due to the Interest
of Justice?... I Also Ask with Respect That you
File and Forward my Petition For Supplement
of Original Application Writ of Habeas Corpus....
to the Honorable Court to be Added to the
Original 11.07 if Pending..... I Also Ask with
Respect, what is the Status of My/Petition
For Supervisory Writ of Review of Convicting
Court 283rd Decision on DNA Result Hearing/?
that was Filed to the Honorable Court Nov 9, 2014
.... I Ask For the Filing/Status of these
Petition's to see if I need to Proceed
to Federal Court or not..... So with Respect
Please Confirm 11.07 & Petition For Supervisory
Writ of Review & File Petition For Supplement.
                                      -Thank You

SUMMARY SHEET

Petition For Supplement adopting Summary
Sheet to Original Application For Writ of
Habeas Corpus to Vacate Judgement of
Guilt Nunc Pro tunc For Double Jeoarpary

Order That:

Pursuant to Texas Rule of Appellate Procedure
Effective January 1, 2014 The Honorable Court of Criminal
Appeals hereby Order that the Attached Form be
Used when A Application For Writ of Habeas Corpus
is transmitted to The Honorable Court of Criminal Appeals

Petitioner: Cedric DeMicheal Butler    Petition For Supplement
                                       of Original Application
    Trial Court writ No: W9001404    For Writ of Habeas Corpus
    C.C.A No: 77-739-02              W-9001404

                                     From: Dallas County Texas
Applicants: Cedric D. Butler         Court 283rd Judicial Court
Offense: Aggravated Sexual Assualt
Cause No: F-9001404                  Judge Name: Rick Magnis
Plea: Guilty                         Name of Counsel: Bruce Anton
Sentence: 8years  Date: Nov 1992
Judge Name: Jack Hampton
Appeal No: Direct Appeal 1995
Citation to Opinion: 05-92-01177CR
Hearing held For DNA: YES
Finding & Conclusion Filed: yes
Recommendation: Denied

The State of Texas -W-9001404-        In The Court of Criminal Appeals
v.s                                   P.O. Box 12308 Capitol Station
Cedric D. Butler                      Austin, Texas 78711


### Petition For (Supplement) of Original Application ~ For Writ of Habeas Corpus to Vacate Judgement ~ of Guilt Nunc Pro tunc For Double Jeoarpary

 

Comes Now, the Petitioner Cedric DeMicheal Butler appearing (Pro-Se) only For this Petition For (Supplement) of Original Application For Writ of Habeas Corpus to Vacate Judgement of Guilt Nunc Pro tunc For Double Jeoarpary in the above styled and Number cause W9001404 and move the Honorable Court of Criminal Appeals as Follow:

### ~ Statement of Fact ~

After Filing a Application For Writ of Habeas Corpus to Vacate Judgement of Guilt Nunc Pro tunc For Double Jeoarpary in (2011). That was Filed Process and Provided to the State Attorney in the Proper Trial Court 283rd in Dallas County that was (Denied) Without being in Accordance with the Article § 11.07 Sec. 3(C) as Returnable to the Honorable Court of Criminal Appeals, Which Have deprived the Petitioner his Constitutional Right of Due Process of (law) and Equity. Which is a Clear Abuse of Discretion By the lower Court and a Violation of Petitioner Constitutional Right

## ~ ARGUMENT ~

AFTER Filing Original Application Writ of Habeas Corpus in (2011) UNDER Four Constitutional Grounds Which ARE:

1.) INEFFECTive Assistance Cousnel
2.) Prosecution Misconduct
3.) IMPAIRAls JudgE
4.) Double JEOARPARY

THERE HAVE BEEN A NEW Discovery oF EVidence that Could Not have been Presented in the Original Application Writ oF Habeas Corpus, Due to the Fact the Newly Discovery oF Evidence WAS UNAVAilable oN the Date + time the Petitioner Filed the ORiginal Application writ oF Habeas Corpus which was iN 2011.

HoweVER the Petitioner Contend That the Newly Discovery oF Evidence, which was Discoverd iN (2012) which Petitioner will Present with Facts Supporting Newly Discovered Grounds Should Be (Supplemented) to the ORiginal 11.07. HEREIN are the Grounds with Supporting Facts:

GROUND ONE; Police Report-Narrative:

Supporting Fact;

The Police Report-Narrative which was Suppress, State's the ComplaiNANT had advised Police Detective BoBBy Wychopen that She had Sex with the Petitioner on Her on Free will. The Detective Reported the Rape Allegation was (unFounded). However this Report

WAS SUPPRESS AND NEVER GIVEN to the PETITIONER OR HIS ATTORNEY PRIOR to the PETITIONER PLEA AS REQUIRED by Brady V. Maryland

Ground two; DNA RESULT:

Supporting Fact:

PETITIONER CONTEND THERE WAS NO Medical EXAMINER FROM the CRIME lab SUBPOENA Nov 7, 2014 At the DNA RESULT HEARING to Read the DNA REPORT. PETITIONER DNA WAS Not FOUND iN the COMPLAINANT ANUS, AND the low levels that WAS FOUND iN the VAGINA is CONSISTENT with the COMPLAINANT STATEMENT to Detective BOBBY WYCHOPHEN which is "She Had SEX ON HER ON FREE will". HOWEVER iF A MEDICAL EXAMINER FROM the CRIME lab WAS SUBPOENA which is A EXPERT WITNESS HE/HER would have testified That the DNA REPORT WAS GREATER than A 50% CHANCE that the PETITIONER would have BEEN EXONERATED.

GROUND THREE; Void INdictment:

Supporting Fact:

PETITIONER CONTEND THERE is (NO) INdictment FOR the lESSER OFFENSE OF SEXUAL ASSUALT DUE to the Fact PETITIONER WAS AlREADY SERVING time FOR AggRAVATED SEXUAL ASSUALT WHEN the State/CONVICTING COURT BROUGHT PETITIONER BACK AFTER 2 YEAR And CHANGED the OFFENSE CHARGE to SEXUAL ASSUALT without REINdicting PETITIONER OR giving the PETITIONER A NEW TRIAL. The INdictment FOR AggRAVATED SEXUAL ASSUALT is Void Also

Due to Petitioner DNA not being found in the Complainant Anus. Which He was Charged By Indictment For. There is No Valid Indictment on this illegal Conviction.

Therefor Petitioner Contend these additional (3) Grounds should be Supplemented to the Original Application Writ of Habeas Corpus That Was Filed in (2011) That is Being Veiwed By the Honorable Court of Criminal Appeals.

~ Conclusion ~

Petitioner ask Respectfully that the Court of Criminal Appeals who has Jurisdiction over the Prior Writ of Habeas Corpus to Vacate Judgement of guilt Nunc Pro tunc For Double Jeoarpary, ask Respectfully to Supplement the Three Grounds to the Original Application that was Filed in 2011 to be Viewed in Accordance to (law) with the Original Grounds That are Beyond dispute.

~ Prayer ~

Wherefore Petitioner Pray that The Honorable Court of Criminal Appeals Supplement the Additional Grounds Along with Granting Petitioner Exoneration which Petitioner is Justly Entitled. Please Allow latitude in this Petition For Supplement of Original Application For Writ of Habeas Corpus to Vacate Judgement of Guilt Nunc Pro tunc For Double Jeoapary.

Respectfully Submmitted

Frederick D. Butler #1403889 3

# UNSWORN DECLARATION

See Texas Constitution and Statutes
Civil Practice and Remedies Code Title 6
Miscellaneous Provisions Chapter 132
Unsworn Declarations


I Cedric DeMicheal Butler #14038893


Being Presently Incarcerated In
The Dallas County Jail in Dallas County,
Texas, Declare Under Penalty of
Perjury That the Foregoing is True
And Correct.


Executed On: Jan 8, 2015



#14038893

Signature: _Cedric DeMicheal Butler_